NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IRIS L. CARTER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 09-06124 (JAP) |
| NADEZHDA ROBINSON, et al., | : **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| Defendants. | : |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Douglas E. Arpert, filed on March 23, 2011; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 7th day of April, 2011,

**ORDERED** that the Report and Recommendation filed on March 23, 2011 [docket entry no. 45], recommending that Plaintiff's complaint be dismissed without prejudice, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's complaint is dismissed without prejudice.

Accordingly, this matter is **CLOSED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.